1  GUILLERMO MARRERO, State Bar No. 099056
   CHELSEA YAMABE, State Bar No. 272852
2  **INTERNATIONAL PRACTICE GROUP, P.C.**
   1350 Columbia Street, Suite 500
3  San Diego, California, 92101
   Telephone: (619) 515-1486
4  Facsimile: (619) 515-1481
   gmarrero@ipglaw.com
5  cyamabe@ipglaw.com

6  Attorneys for Defendant
   SEAWORLD LLC

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA GARCIA, | Case No.: **'19CV1116 BEN LL** |
| Plaintiff, | **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441 (b) AND DEMAND FOR JURY TRIAL BY DEFENDANT SEAWORLD LLC** |
| v. | |
| SEAWORLD ENTERTAINMENT; SEAWORLD PARKS AND ENTERTAINMENT – SAN DIEGO; and DOES 1-100, inclusive; | |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** Defendant SeaWorld LLC, erroneously sued and served as "SeaWorld Entertainment", hereby removes to this Court the State Court Action described below:

**A.  Plaintiff's Complaint**

1. On May 1, 2019, Plaintiff Martha Garcia ("Plaintiff") filed a Complaint in the Superior Court of the State of California for the County of San Diego styled *Garcia v. SeaWorld Entertainment et al.*, Case No. 37-2019-00022297-CU-PO-CTL ("the State Court Lawsuit").

2. The Complaint alleges causes of action for premises liability and general negligence on behalf of Plaintiff. The Complaint alleges that on December 29, 2017, Plaintiff slipped and fell at SeaWorld San Diego and consequently suffered personal injuries. The Complaint further alleges damages for medical expenses, lost earnings, loss of earning capacity, and general damages.

3. A copy of the Summons and Complaint is attached hereto as **Exhibit 1**.

4. Defendant SeaWorld LLC was served with the Summons and Complaint as "SeaWorld Entertainment" on May 16, 2019.

**B.  The Parties**

5. Defendant SeaWorld LLC owns and operates SeaWorld San Diego.

6. Defendant SeaWorld LLC is a Limited Liability Company organized under the laws of the State of Delaware, with its principal place of business in the State of Florida.

7. Defendant SeaWorld LLC is a single-member Limited Liability Company, whose sole member is SeaWorld Parks & Entertainment, Inc.

8. SeaWorld Parks & Entertainment, Inc. is a Corporation organized under the laws of the State of Delaware, with its principal place of business in the State of Florida.

9. For purposes of diversity jurisdiction, both Defendant SeaWorld LLC

and SeaWorld Parks & Entertainment, Inc. are citizens of Delaware and Florida.

10. SeaWorld Parks & Entertainment, Inc. was not sued herein and is not a proper defendant in this action, as it has never owned or operated SeaWorld San Diego.

11. Plaintiff's Complaint named "SeaWorld Entertainment, a business organization, form unknown" as a defendant. No such business entity exists.

12. Plaintiff's Complaint also named "SeaWorld Parks & Entertainment – San Diego, a business organization, form unknown" as a defendant. No such business entity exists.

13. Upon information and belief, Plaintiff is a citizen of the State of California who resides in the City of Brea in the County of Orange.

**C.   Grounds for Removal**

14. This action may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441(b).

15. This Court has original jurisdiction over all claims and causes of action alleged in the Complaint pursuant to 28 U.S.C. §1332, in that the amount in controversy exceeds $75,000 and is between citizens of different states.

16. The amount in controversy exceeds $75,000. Plaintiff's Complaint alleges that she suffered "very serious and debilitating injuries"; that she will require medical care and treatment for her injuries "for an unpredictable period in the future"; and that "she will be unable to work in her employment for an indefinite period in the future." Her Complaint alleges damages for medical expenses, lost earnings, loss of earning capacity, and general damages.

17. This action is between citizens of different states, as Defendant is a citizen of Delaware and Florida, and Plaintiff is a citizen of California.

**D.   Compliance with Removal Procedures**

18. Defendant SeaWorld LLC was served with the Summons and Complaint on May 16, 2019, as "SeaWorld Entertainment", which is erroneous.

Defendant believes that this constitutes "[…] receipt by the defendant, through service or otherwise, of a copy of the initial pleading […]." 28 U.S.C. § 1446 (b)(1).

19.     Accordingly, this Petition to remove is timely filed because it has been filed within thirty (30) days of Defendant SeaWorld LLC's receipt of the Summons and Complaint and within one year after the commencement of the action, in accordance with 28 U.S.C. § 1446 (b).

**E.    Request for Removal**

20.     Based on the foregoing Defendant SeaWorld LLC respectfully requests that the entire action pending in the Superior Court of the State of California for the County of San Diego styled *Garcia v. SeaWorld Entertainment et al.*, Case No. 37-2019-00022297-CU-PO-CTL, be removed to this Court.

**F.    Answer and Demand for Jury Trial**

21.     Defendant SeaWorld LLC also files its Answer to Plaintiff's Complaint and Demand for Jury Trial herewith.

Respectfully submitted,

Dated: June 14, 2019          INTERNATIONAL PRACTICE GROUP,
                              A PROFESSIONAL CORPORATION

                              By: *s/  Guillermo Marrero*
                                    GUILLERMO MARRERO
                                    CHELSEA YAMABE
                                    *Attorneys for Defendant*