GUILLERMO MARRERO, State Bar No. 099056
CHELSEA YAMABE, State Bar No. 272852
**INTERNATIONAL PRACTICE GROUP, P.C.**
1350 Columbia Street, Suite 500
San Diego, California, 92101
Telephone: (619) 515-1486
Facsimile: (619) 515-1481
gmarrero@ipglaw.com
cyamabe@ipglaw.com

Attorneys for Defendant
SEAWORLD LLC

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEAWORLD ENTERTAINMENT;<br>SEAWORLD PARKS AND<br>ENTERTAINMENT – SAN DIEGO;<br>and DOES 1-100, inclusive;<br><br>　　　　Defendants. | Case No.: **'19CV1116 BEN LL**<br><br>**ANSWER AND DEMAND FOR JURY TRIAL BY DEFENDANT SEAWORLD LLC** |

Defendant SeaWorld LLC, erroneously sued and served as "SeaWorld Entertainment" ("Defendant"), hereby answers the unverified Complaint of Plaintiff Martha Garcia ("Plaintiff"), and demands a jury trial in this action.

1.    Defendant denies the allegations in paragraph 1.

2.    Defendant admits that the Complaint consists of nine pages. Defendant denies the remaining allegations in paragraph 2.

3.    Defendant lacks knowledge or information sufficient to form a belief whether the allegations in paragraph 3 are true, and on that basis, denies said allegations.

4.    No allegations were made in paragraph 4. Accordingly, Defendant lacks knowledge or information sufficient to form a belief whether the allegations in paragraph 4, if any allegations were indeed made, are true, and on that basis, denies said allegations.

5.    Defendant denies the allegations in paragraph 5.

6.    Defendant lacks knowledge or information sufficient to form a belief whether the allegations in paragraph 6 are true, and on that basis, denies said allegations.

7.    No allegations were made in paragraph 7. Accordingly, Defendants lack knowledge or information sufficient to form a belief whether the allegations in paragraph 7, if any allegations were indeed made, are true, and on that basis, deny said allegations.

8.    Defendant lacks knowledge or information sufficient to form a belief whether the allegations in paragraph 8 are true, and on that basis, denies said allegations.

9.    No allegations were made in paragraph 9. Accordingly, Defendant lacks knowledge or information sufficient to form a belief whether the allegations in paragraph 9, if any allegations were indeed made, are true, and on that basis, denies said allegations.

Answer and Demand for Jury Trial

10.    Defendant denies the allegations in paragraph 10.

11.    Defendant lacks knowledge or information sufficient to form a belief whether the allegations in paragraph 11 are true, and on that basis, denies said allegations.

12.    No allegations were made in paragraph 12. Accordingly, Defendant lacks knowledge or information sufficient to form a belief whether the allegations in paragraph 12, if any allegations were indeed made, are true, and on that basis, denies said allegations.

13.    Defendant admits that the relief sought in Plaintiff's Complaint is within the jurisdiction of the United States District Court for the Southern District of California. Defendant denies the remaining allegations in paragraph 13.

14.    Defendant denies the allegations in paragraph 14.

15.    No allegations were made in paragraph 15. Accordingly, Defendant lacks knowledge or information sufficient to form a belief whether the allegations in paragraph 15, if any allegations were indeed made, are true, and on that basis, denies said allegations.

## PLAINTIFF'S FIRST CAUSE OF ACTION

## PREMISES LIABILITY

16.    Defendant SeaWorld LLC admits that it owned, maintained, managed, and operated SeaWorld San Diego on December 29, 2017. Defendant denies the allegations in paragraph Prem. L-1.

17.    Defendant SeaWorld LLC admits that it owned, maintained, managed, and operated SeaWorld San Diego on December 29, 2017. Defendant SeaWorld LLC denies the remaining allegations in paragraph Prem. L-2.

18.    No allegations were made in paragraph Prem. L-3. Accordingly, Defendant lacks knowledge or information sufficient to form a belief whether the allegations in paragraph Prem. L-3, if any allegations were indeed made, are true, and on that basis, denies said allegations.

19.     No allegations were made in paragraph Prem. L-4. Accordingly, Defendant lacks knowledge or information sufficient to form a belief whether the allegations in paragraph Prem. L-4, if any allegations were indeed made, are true, and on that basis, denies said allegations.

20.     No allegations were made in paragraph Prem. L-5. Accordingly, Defendant lacks knowledge or information sufficient to form a belief whether the allegations in paragraph Prem. L-5, if any allegations were indeed made, are true, and on that basis, denies said allegations.

## PLAINTIFF'S SECOND CAUSE OF ACTION

## GENERAL NEGLIGENCE

21.     Defendant SeaWorld LLC admits that it owned, maintained, managed, and operated SeaWorld San Diego on December 29, 2017. Defendant SeaWorld LLC denies the remaining allegations in paragraph GN-1.

## FIRST AFFIRMATIVE DEFENSE

## FAILURE TO STATE A CLAIM

22.     The Complaint fails to state facts sufficient to constitute any valid cause of action against Defendant.

## SECOND AFFIRMATIVE DEFENSE

## ESTOPPEL

23.     Plaintiff's claims are barred by estoppel.

## THIRD AFFIRMATIVE DEFENSE

## FAILURE TO MITIGATE DAMAGES

24.     Defendant is informed and believe and thereon alleges that Plaintiff has failed to act reasonably to mitigate the damages she has alleged.

## FOURTH AFFIRMATIVE DEFENSE

## WAIVER

25.     Plaintiff's claims are barred by waiver.

/ / /

Answer and Demand for Jury Trial

1

### FIFTH AFFIRMATIVE DEFENSE

2

### ASSUMPTION OF THE RISK

3   26.   Defendant is informed and believe and thereon alleges that Plaintiff
4   assumed the risk of incurring the damages she has alleged.

5

### SIXTH AFFIRMATIVE DEFENSE

6

### CONTRIBUTORY NEGLIGENCE

7   27.   Defendant is informed and believes and thereon alleges that any
8   damages were not proximately caused by act or omission on the parts of Defendant
9   but rather by the acts or omissions of Plaintiff.

10

### SEVENTH AFFIRMATIVE DEFENSE

11

### COMPARATIVE NEGLIGENCE

12   28.   Defendant is informed and believes and thereon alleges that, at the time
13   and place referred to in the Complaint, a third party or parties acted negligently so as
14   to cause the incident and alleged injuries referred to in the Complaint, and that the
15   negligence proximately caused and/or contributed to Plaintiff's damages, if any.

16

### EIGHTH AFFIRMATIVE DEFENSE

17

### APPORTIONMENT OF FAULT

18   29.   Without admitting Defendant has the burden of proof on this or any
19   related issue, Defendant denies any liability to Plaintiff and further alleges that under
20   the Fair Responsibility Act of 1986, California Civil Code § 1431.2, liability for
21   general damages, if any, is limited to each person, party, or entity's proportionate
22   share of liability or responsibility, if any.

23

### RIGHT TO ASSERT ADDITIONAL AFFIRMATIVE DEFENSES

24   30.   Defendant reserves the right to amend this response and assert
25   additional affirmative defenses.

26

### DEMAND FOR JURY TRIAL

27   Defendant hereby demands a trial by jury in this action.

28   / / /

-4-

Answer and Demand for Jury Trial

## **PRAYER FOR RELIEF**

Defendant prays for judgment against Plaintiff as follows:

A.    That Plaintiff take nothing by her Complaint;

B.    That Plaintiff's Complaint be dismissed in its entirety with prejudice;

C.    That Defendant be awarded costs of suit; and

D.    For any other relief that this Court deems just and proper.


                                          Respectfully submitted,

Dated: June 14, 2019              INTERNATIONAL PRACTICE GROUP,
                                          A PROFESSIONAL CORPORATION


                                          By:  *s/  Guillermo Marrero*
                                                  GUILLERMO MARRERO
                                                  CHELSEA YAMABE
                                                  *Attorneys for Defendant*

Answer and Demand for Jury Trial