1  GUILLERMO MARRERO, ESQ., State Bar No. 099056
   **INTERNATIONAL PRACTICE GROUP, P.C.**
2  1350 Columbia Street, Suite 500
   San Diego, California 92101
3  Telephone: (619) 515-1486
   Facsimile: (619) 515-1481
4  gmarrero@ipglaw.com

5  Attorneys for Defendant
   SEAWORLD LLC

6
   GARY L. CHAMBERS, ESQ., State Bar No. 086076
7  **CHAMBERS & NORONHA**
   2070 North Tustin Avenue
8  Santa Ana, California 92705
   Telephone: (714) 558-1400
9  Facsimile: (714) 558-0885
   glchambers@cnlegalgroup.com
10
   Attorneys for Plaintiff
11 MARTHA GARCIA

14            UNITED STATES DISTRICT COURT

15         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA GARCIA, | Case No.: 3-19-cv-1116-CAB (LL) |
| Plaintiff, | |
| v. | **JOINT MOTION FOR ORDER OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41 (a)(1)(A)(ii)** |
| SEAWORLD ENTERTAINMENT; SEAWORLD PARKS AND ENTERTAINMENT – SAN DIEGO; and DOES 1-100, inclusive; | |
| Defendants. | |

---

Joint Motion for Order of Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii)

Plaintiff Martha Garcia, together with Defendant SeaWorld LLC, erroneously sued as "SeaWorld Entertainment, SeaWorld Parks & Entertainment – San Diego" (hereinafter collectively referred to as "the Parties"), by and through their respective counsel of record, Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby move for the entry of the attached proposed Order of Dismissal, dismissing with prejudice all claims, defenses and any pending motions in the above-captioned action as between the Parties, with the Parties bearing their own fees and costs.

Respectfully submitted,

Dated: January 11, 2021

**INTERNATIONAL PRACTICE GROUP, A PROFESSIONAL CORPORATION**

By: _____
GUILLERMO MARRERO, ESQ.
*Attorneys for Defendant*

Dated: January 11, 2021

**CHAMBERS & NORONHA**

By: _____
GARY L. CHAMBERS, ESQ.
*Attorneys for Plaintiff*

-1-
Joint Motion for Order of Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii)