UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA GARCIA,<br><br>                              Plaintiff,<br><br>v.<br><br>SEAWORLD ENTERTAINMENT; SEAWORLD PARKS AND ENTERTAINMENT – SAN DIEGO; and DOES 1-100, inclusive,<br><br>                            Defendants. | Case No.:  3-19-cv-1116-CAB-LL<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 36] |

Upon consideration of the parties' joint motion to dismiss this case with prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.**  This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

It is **SO ORDERED**.

Dated: January 15, 2021

                                                  Hon. Cathy Ann Bencivengo
United States District Judge